Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Kara Homes, Inc.
Debtor

                                        Case No.: 06–19626–MBK
                                        Chapter 11

Kara Homes, Inc.
Plaintiff

v.

Century Kitchens, Inc
Defendant

Adv. Proc. No. 07–01057–MBK                       Judge: Michael B. Kaplan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on August 29, 2007, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 61 – 25
Opinion (related document:[25] Motion For Summary Judgment RE: voiding liens in favor of Plaintiffs and against Defendants. filed by Counter–Defendant Kara Homes, Inc., Plaintiff Kara Homes, Inc., Counter–Defendant Kara at Hawkins Ridge, LLC, Plaintiff Kara at Hawkins Ridge, LLC).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendants, Defendants' Attorneys. Signed on 8/29/2007 (mrg)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 29, 2007
JJW: mrg

                                                                                                  James J. Waldron
                                                                                                  Clerk